**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JONELLE HARRIS, individually and on behalf of all others similarly situated,**<br><br>　　　　　　　**Plaintiff,**<br>　-against-<br><br>**OLD NAVY, LLC,**<br><br>　　　　　　　**Defendant.** | No.: 21 Civ. 9946<br>(GHW)(GWG) |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
### IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, by and through her undersigned counsel, hereby submits this Notice of Supplemental Authority in further opposition of Defendant's motion to dismiss (ECF No. 23). Attached as **Exhibit A** please find an order from The Eastern District of New York in *Levy v. Endeavor Air Inc.*, which held that a violation of the timely pay requirements of New York Labor Law § 191 by itself constitutes an injury that grants a Plaintiff Article III standing. Judge Vitaliano's decision also explicitly confirms the existence of a private right of action under New York Labor Law § 191. Plaintiff thanks the Court for its time and consideration.

2

Dated: New York, New York
November 4, 2022

By:    *s/Brian S. Schaffer*
Brian S. Schaffer

Brian S. Schaffer
Dana M. Cimera
FITAPELLI & SCHAFFER LLP
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
Facsimile: (212) 481-1333
*Attorneys for Plaintiff and the Putative Class*

2