UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JONELLE HARRIS                                          :

         Plaintiff,                            :         <u>ORDER</u>

   -v.-                                                     :
                                                             21 Civ. 9946 (GHW) (GWG)
OLD NAVY, LLC,                                         :

         Defendant.                          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The period permitted for discovery having concluded and the deadline for the filing of any letter seeking permission to make a summary judgment motion having expired without any such request, the parties are directed to file the materials required by Section 5 of Judge Woods' Individual Rules of Practice In Civil Cases on or before July 14, 2023.

      SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge