# Morgan Lewis

**Ira G. Rosenstein**
+1.212.309.6960
ira.rosenstein@morganlewis.com

## MEMORANDUM ENDORSED

June 29, 2023

**<u>VIA ECF</u>**

Hon. Gabriel W. Gorenstein, Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, New York, New York 10007

Re:     *Harris, et al., v. Old Navy, LLC*, Civil Action No. 1:21-cv-09946-GHW-GWG

Dear Judge Gorenstein,

We represent Defendant Old Navy, LLC ("Old Navy") in the above-referenced matter.  We write jointly with Plaintiff Jonelle Harris pursuant to Rule 1.E. of Your Honor's Individual Practices to provide the Court with a status update and to respectfully request that all deadlines be held in abeyance while the parties explore the possibility of settlement through mediation.

The parties are scheduled to mediate this matter with Michael Russell of Miles Mediation & Arbitration on September 12, 2023.  The parties believe that their chances for a resolution will be enhanced by focusing their resources on those discussions rather than on discovery, motion practice, or pre-trial disclosures.  The parties also believe that a stay will promote judicial economy and will avoid the expenditure of time by the Court on potentially unnecessary judicial proceedings.

Accordingly, the parties respectfully request that the Court hold all deadlines in abeyance until September 15, 2023.  The parties will provide the Court with a status report by September 15, 2023 regarding their settlement efforts and, if those efforts have concluded without success, a revised case management schedule.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Ira G. Rosenstein*
Ira G. Rosenstein

c: All counsel of record (via ECF).

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060        **T** +1.212.309.6000
United States                   **F** +1.212.309.6001

Granted.  Any pending deadlines are adjourned sine die.  The parties shall report on the status of this case on or before September 15, 2023.

SO ORDERED.

Dated: June 29, 2023
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge